**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |
|---|---|
| In re: | IN CHAPTER 13 PROCEEDING<br>No. 26-10770-TWD |
| MEGAN ELAINE MISSMER,<br><br>Debtor. | ORDER DENYING CONFIRMATION<br>AND CONTINUING TRUSTEE'S<br>MOTION TO DISMISS CASE |

THIS MATTER came before the Court on the Objections to Confirmation by the Chapter 13 Trustee (ECF No. 23), Lake Meridian Ridge Owner's Association (ECF No. 24), and Lakeview Loan Servicing (ECF No. 21). Based on the agreement of the parties, it is

ORDERED that:

1) The debtor shall make a plan payment of $1,000.00 so that it is received and posted by the Trustee by June 24, 2026;

2) Confirmation of the debtor's plan (ECF No. 17) is denied;

3) By May 25, 2026, the debtor shall file, note and properly serve a feasible amended plan. The debtor shall set the amended plan for hearing on the Court's July 1, 2026 calendar; and

4) The debtor's amended plan shall provide treatment for the proof of claim filed by United States Department of Housing and Urban Development (ECF Claim No. 1);

5) By May 25, 2026, the debtor shall:

ORDER DENYING CONFIRMATION AND
CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

a) Provide the Trustee with a copy of the bank statement of the debtor's checking account with Chase Bank evidencing the balance in that account as of the petition date;

b) File an amended Form 2030; and

c) File amended Schedules I and J; and

6) The Trustee's Motion to Dismiss Case (ECF No. 22) is continued to the Court's July 1, 2026 calendar.

/ / /End of Order/ / /

Presented by:

*/s/ Alan X. Yang*, WSBA #62891 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124


Approved:

*/s/ Pamela Lamica* [approved by email]
Pamela Lamica, WSBA #49267
Attorney for debtor


Approved:

*/s/ Lisa McMahon* [approved by email]
Lisa McMahon, WSBA #27559
Attorney for Lake Meridian Ridge Owner's Association


Approved:

*/s/ David Petteys* [approved by email]
David Petteys, WSBA #33157
Attorney for Lakeview Loan Servicing, LLC

ORDER DENYING CONFIRMATION AND
CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282