# LEGAL SOLUTIONS
## LAW OFFICE OF PAMELA R. LAMICA
### 235 E 3RD AVE, KETTLE FALLS, WA 99141
Mailing address: 235 E 3rd Ave, Suite C, Kettle Falls, WA 99141

Phone Number: 509-738-9529   Cell: 304-641-729   E-Mail: pamelalamica@aol.com

**Pamela R. Lamica    Licensed: WV, MD, WA , OH**
**Lisa Bronson,   Legal Assistant**
**Amy Raike       Legal Assistant**

June 23, 2026

The Honorable Timothy Dore
700 Stewart St., 8th Floor
Seattle, WA  98101

Re:  Megan Elaine Missmer,  Case No.  26-10770- TWD
Hearing on confirmation,  July 1, 2026   9:30 a.m.

Dear Judge Dore:

I am the attorney of record for the Debtor, Megan Missmer.  The confirmation hearing is set for July 1, 2026 and I have a conflicts with attending this hearing in person. I am requesting that I be allowed to attend the hearing telephonically on July 1, 2026 at 9:30 a.m.

Thank you in advance for this consideration.

Sincerely

Pamela Lamica